FILED
00 AUG 21
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| HASALEE MIMS, ) | |
| ) | ENTERED |
| Plaintiff, ) | |
| ) | AUG 21 2000 |
| vs. ) | CV 00-C-1900-W |
| ) | |
| ALABAMA BOARD OF CORRECTIONS, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 1, 2000, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b)(2) because it seeks monetary damages from a defendant who is immune therefrom. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b)(2). A Final Judgment will be entered.

DATED this 18th day of August, 2000.

U. W. CLEMON
CHIEF DISTRICT JUDGE

8